Auslander *v.* Pennsylvania Railroad Company,
Appellant.

Argued September 29, 1944. Before MAXEY, C. J.,
DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

*Robert D. Dalzell,* of *Dalzell, McFall, Pringle &
Bredin,* for appellant.

*Roy T. Clunk,* with him *Barney Phillips,* for appellee.

PER CURIAM, October 31, 1944:
This appeal is from an order granting a new trial.
The trial judge had admitted a certified transcript of
the proceedings before an alderman, offered in evidence
by defendant. The learned court below en banc says:
"We believe this to have been substantial and prejudicial
error such as warrants a new trial, and for that reason
alone a new trial will be granted: *Magee v. Scott,* 32 Pa.
539-540; *Katterman v. Stitzer,* 7 Watts 189-192; *Wol-*

*verton v. Com., for use,* 7 S. & R. 273-4; *Miller v. Brink,* 14 D. & C. 292."

We agree that the admission of the transcript was prejudicial error. There was, therefore, no abuse of discretion in granting a new trial. We have uniformly held that under such circumstances we will not interfere with the action of the court below: *Kerr v. Hofer,* 341 Pa. 47, 17 A. 2d 886; *Weinfeld v. Funk,* 342 Pa. 160, 20 A. 2d 206; *Schornig v. Speer,* 343 Pa. 649, 24 A. 2d 12.

Order affirmed.